UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20289-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

MILLIE ALDEREGUIA,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Defendant Millie Aldereguia ("Defendant") agree that had this case proceeded to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida.

Defendant's uncle, A.R., was a beneficiary of monthly Social Security Administration ("SSA") retirement benefits. SSA is a department and agency of the United States government. Beginning October 2013, SSA paid these retirement benefits to Mr. Ramos' checking account with JPMorgan Chase ("the Chase Account"). Defendant had access to the Chase Account but was not an authorized signatory.

A.R. died on June 22, 2014, and SSA continued to pay monthly retirement benefits to the Chase Account until December 2019. In total, the Chase Account received $104,262 in SSA benefits after A.R.'s death. Defendant used all these SSA funds for her own benefit. In an audio-recorded interview and in a written statement, Defendant admitted that she knew that it was unlawful for her to have used A.R.'s SSA benefits, which rightfully belonged to the United States, for her own use.

The information contained in this proffer is not a complete recitation of all the facts and

circumstances of this case, but the parties admit that it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 641, that is, theft of government property, as charged in the Indictment.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 8/12/2021   By: _____
JONATHAN R. BAILYN
ASSISTANT UNITED STATES ATTORNEY

Date: 8-13-21   By: _____
JUAN MICHELEN
ATTORNEY FOR DEFENDANT

Date: 8-13-21   By: _____
MILLIE ALDEREGUIA
DEFENDANT

2